NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

MCGARVEY CUSTOM HOMES, INC.,  )
a Florida corporation,  )
  )
      Petitioner,  )
  )
v.  )      Case No. 2D18-4978
  )
WILLIAM J. HUFF, an individual,  )
WILLIAM J. HUFF, II, as Trustee of the  )
6/28/11 WILLIAM J. HUFF, II Revocable  )
Trust Declaration and NICOLE E. HUFF,  )
as Trustee of the 6/28/11 NICOLE E.  )
HUFF Revocable Trust Agreement, and  )
ADLER ROOFING, INC., BONITA  )
SPRINGS FLOOR COVERING, INC.,  )
D. PECK ROOFING, INC., FLUHARTY  )
MONROE CONSTRUCTION, INC.,  )
HANSEN SCREEN ENCLOSURES,  )
INC., J&D HEATING & AIR  )
CONDITIONING, INC., SOUTH  )
FLORIDA CONSTRUCTION, INC.,  )
SUNNY GROVE LANDSCAPE &  )
IRRIGATION MAINTENANCE LLC,  )
TRIMCRAFT OF FT. MYERS INC., and  )
USA GRADING, INC.,  )
  )
      Respondents.  )
_____)

Opinion filed August 16, 2019.

Petition for Writ of Certiorari to the Circuit
Court for Collier County; Frederick R. Hardt,
Judge.

Thamir A.R. Kaddouri, Jr. and Penelope Rowlett of Law Office of Thamir A.R. Kaddouri, Jr., P.A., Tampa, for Petitioner.

Jeffrey D. Fridkin, Michael T. Traficante, and Justin B. Mazzara of Grant Fridkin Pearson, P.A., Naples, for Respondent.

No appearance for remaining Respondents.

PER CURIAM.

Denied.

CASANUEVA, LUCAS, and BADALAMENTI, JJ., Concur.